MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EUGENE HOPKINS, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, <br><br> Defendants. | Case No. 2:22-cv-00989-ART-NJK <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> **(FIRST REQUEST)** |

Defendant Bank of America, N.A. (**BANA**) and plaintiff Eugene Hopkins stipulate that BANA shall have up to and including **Friday, August 19, 2022**, to file its responsive pleading in this matter. The current deadline is July 20, 2022. Good cause exists to grant the requested extension so BANA can thoroughly investigate the claims asserted in the complaint. Good cause also exists so the parties can explore settlement. This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party. The parties do not request the court's assistance in mediating the matter at this time.

///

///

///

///

///

DATED this 8th day of July, 2022.

| **AKERMAN LLP**<br><br>/s/ Scott R. Lachman<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | /s/ Gerardo Avalos<br>MICHAEL KIND, ESQ.<br>Nevada Bar No. 13903<br>**KIND LAW**<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br><br>GEORGE HAINES, ESQ.<br>Nevada Bar No. 9411<br>GERARDO AVALOS, ESQ.<br>Nevada Bar No. 15171<br>**FREEDOM LAW FIRM**<br>8985 South Eastern Avenue, Suite 350<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Eugene Hopkins* |
|---|---|

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

**DATED:** July 11, 2022

2